

# Fourth Court of Appeals
## San Antonio, Texas

September 4, 2020

No. 04-20-00339-CV

**IN THE INTEREST OF K.T.H.,**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-00533
Honorable Susan D. Reed, Judge Presiding

# O R D E R

Appellant's motion for an extension is granted. We order counsel for appellant to file the appellant's brief by September 18, 2020. Because this is an appeal from an order terminating parental rights that must be decided within 180 days of the notice of appeal being filed, further motions for an extension of time to file the brief are disfavored.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of September, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court